**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 18 2010

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SKYLINE POTATO COMPANY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TAN-O-ON MARKETING, INC. d/b/a ) <br> TMI; HI-LAND POTATO COMPANY, ) <br> INC.; GERALD R. ANDERSON; ) <br> JULIE A. ANDERSON; MARK ) <br> LOUNSBURY; BILL METZ; and CARL ) <br> WORLEY, ) <br> ) <br> Defendants. ) | C.A. No. 1:10-cv-00698 CG/RHS |

**JOINT STIPULATION FOR AN EXTENSION OF TIME FOR HI-LAND POTATO COMPANY AND CARL WORLEY TO RESPOND TO DEFENDANTS GERALD AND JULIE ANDERSON'S MOTIONS TO FILE AN AMENDED ANSWER AND OPPOSITION TO MOTION TO DISMISS**

Plaintiff, Skyline Potato Company, Inc. ("Plaintiff"), and Defendants, Gerald R. Anderson and Julie A. Anderson ("Anderson Defendants"), and Defendants, Hi-Land Potato Company, Inc. and Carl Worley ("Hi-Land Defendants"), by and through their respective counsel, hereby stipulate and jointly move for an Order extending the time for the Hi-Land Defendants to answer, file a motion to dismiss, or otherwise respond to the Anderson Defendants' Motion to File an Amended Answer and Cross-Claim and Motion in Opposition to Dismissal of the Hi-Land Defendants (the "Motions") until November 15, 2010. In connection therewith, the parties stipulate as follows:

1. Plaintiff's Unopposed Motion to Dismiss was filed on 9/22/10.

2. Anderson Defendants filed their Motions on 10/1/10.

3. This extension is being requested because counsel for the Hi-Land Defendants has a conflict and, therefore, the Hi-Land Defendants need additional time to retain new counsel.

4. By this Stipulation, Plaintiff and Defendants agree that the Hi-Land Defendants' deadline to answer, file a motion to dismiss, or otherwise respond to the Motions shall be November 15, 2010.

5. Either party to this Stipulation reserves the right to seek relief from the Order adopting this Stipulation.

**SO ORDERED**:

Dated: _____      _____
                              The Honorable Robert Hayes Scott
                              District Court Judge

**Submitted & Approved:**

_/s/ Gordon H. Rowe III_____
Gordon H. Rowe III
1200 Pennsylvania NE, Suite 2B
Albuquerque, NM 87110
Phone: 505-232-2800
Fax: 505-266-1031
Attorneys for Defendants, Hi-Land Potato Company
And Carl Worley


_/s/ James Burns_____
Justin P. Pizzonia
1216 5th Street NW
Albuquerque, NM 87102
Phone: 505-999-1080
Fax: 505-217-3520

James Burns
Patrick J. Griebel, P.C.
115 Eighth Street SW
Albuquerque, NM 87102
Phone: 505-247-4321
Fax: 505-247-4441

Attorneys for Plaintiff


Approved telephonically on 10/11/10

_____
Shannon Robinson
1121 4th Street NW, Suite 1-A
Albuquerque, NM 87102
Phone: 505-998-6600
Fax: 505-998-6603
Attorney for Defendants, Gerald & Julie Anderson