IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SKYLINE POTATO COMPANY, INC.

      Plaintiff,

v.                                                  No. 10-CV-698 JB-RHS

TAN-O-ON MARKETING, INC., d/b/a
TMI; HI-LAND POTATO COMPANY,
INC.; GERALD R. ANDERSON;
JULIE A. ANDERSON; MARK
LOUNSBURY; BILL METZ; and CARL
WORLEY,

      Defendants.

## ENTRY OF APPEARANCE

COMES NOW Marianne Bowers of Youtz & Valdez, P.C., and hereby enters her appearance on behalf of Defendants Hi-Land Potato Company, Inc. ("Hi-Land"), and Carl Worley ("Worley") in the above captioned case.

.

Dated: March 1, 2011                              Respectfully submitted,

                                                      **YOUTZ & VALDEZ, P.C.**

                                                      */s/ Marianne Bowers*
                                                      Shane Youtz
                                                      shane@youtzvaldez.com
                                                      Marianne Bowers
                                                      marianne@youtzvaldez.com
                                                      900 Gold Avenue S.W.
                                                      Albuquerque, NM  87102
                                                      (505) 244-1200 – Telephone
                                                      (505) 244-9700 – Facsimile

                                                      *Counsel for Defendants Hi-Land Potato*
                                                      *Company and Carl Worley*

I hereby certify that a true and correct copy
of the foregoing pleading was filed electronically
and delivered by electronic notification
through the CM/ECF system this 15th day
of February, 2011, to the following:

| | |
|---|---|
| Justin P. Pizzonia | justinpizzonia@hotmail.com |
| Patrick J. Griebel | Patrick@pjgriebel.com |
| James T. Burns | james@pjgriebel.com |
| Gordon H. Rowe III | growe60@yahoo.com |
| Shannon Robinson | srdist17@aol.com |


       /s/ Marianne Bowers
Marianne Bowers