# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **SKYLINE POTATO COMPANY, INC.,** A Colorado corporation. | **Civ. Case No.** |
| v. | 10-0698 JB/RHS |
| **TAN-O-ON MARKETING, INC. d/b/a TMI,** a Colorado corporation with a principal place of business in New Mexico, **HI-LAND POTATO COMPANY, INC.,** a Colorado corporation, **GERALD R. ANDERSON,** in his individual capacity and As Director/Shareholder of Tan-O-On Marketing Inc., **JULIE A. ANDERSON,** in her individual capacity and as Director/Shareholder of Tan-O-On Marketing Inc., **MARK LOUNSBURY,** in his individual capacity and as Director/Shareholder of Tan-O-On Marketing Inc., **BILL METZ,** in his individual capacity and As Director/Shareholder of Tan-O-On Marketing Inc., **CARL WORLEY,** in his individual capacity, as Director/Shareholder of Tan-O-On Marketing Inc., and as Director/Shareholder of Hi Land Potato Company, | **PLAINTIFF'S RULE 7.1 DISCLOSURES** |

**COMES NOW,** Plaintiff, Skyline Potato Company, Inc. (hereinafter, "Skyline" or "Plaintiff"), by and through its attorneys of record, Justin Pizzonia, Esq. of GONZALEZ AND PIZZONIA LAW FIRM, LLC, and ALBUQUERQUE BUSINESS LAW P.C. (James Burns and Patrick J. Griebel), and for its Rule 7.1 Disclosures states the following:

    I.    **Nongovernmental Corporate Party**

The Plaintiff in the above-captioned matter is a nongovernmental corporate party that
- Does not have any parent corporation

- No publicly held corporations own 10% or more of its stock

**II.     Federal Rule of Civil Procedure 7.1**

(a)   WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that own 10% or more of its stock or states that there is no such corporation.

(b)   TIME FOR FILING; SUPPLEMENTAL FILING. A Party must:
   1. File the Rule 7.1(a) statement with its first appearance; pleading, petition, motion, response, or other request addressed to the court, and
   2. Promptly file a supplemental statement upon any change in the information that the statement requires.

Respectfully Submitted,

GONZALEZ AND PIZZONIA, LLC.

 /s/ electronically submitted
Justin Pizzonia
*Attorney for Plaintiffs*
1216 5th St. NW
Albuquerque, NM 87102
(505) 999-1080
(505) 217-3520 -facsimile


ALBUQUERQUE BUSINESS LAW, P.C.

 /s/ electronically submitted
James Burns
*Attorney for Plaintiffs*
115 Eighth Street SW
Albuquerque, NM 87102
(505) 246-2878
(888) 235-8229 –facsimile

CERTIFICATE OF SERVICE

I, James Burns, hereby certify that on March 4, 2011, a true and correct copy of the foregoing Disclosure Statement was filed electronically and it is available for viewing and downloading from the ECF system a true and correct copy of same was sent via U.S. first-class mail, postage pre-paid, upon the following:

Gordon H Rowe , III
ROWE LAW FIRM, PC
1200 Pennsylvania, NE
#2B
Albuquerque, NM 87110

Marianne L Bowers
YOUTZ & VALDEZ, P.C.
900 Gold Avenue SW
Albuquerque, NM 87102

Shannon Robinson
1121 Fourth Street, N.W.
Suite 1-A
Albuquerque, NM 87102

Shane C Youtz
900 Gold Ave. SW
Albuquerque, NM 87102

_____
James Burns