IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SKYLINE POTATO COMPANY, INC.,

    Plaintiff,

v.                                                                                        No. CIV 10-698 JB/RHS

TAN-O-ON MARKETING, INC., et al.,

    Defendants-Third-Party Plaintiffs,

v.

HI-LAND POTATO COMPANY, INC., et al.,

    Third-Party Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

    THIS MATTER came before the Court following a review of the Joint Status Report and Provisional Discovery Plan, filed March 1, 2011 (Doc. 29), the Court adopts the Joint Status Report and Provisional Discovery Plan except as modified by the Scheduling Order entered March 9, 2011 (Doc. 35).

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE