IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**SKYLINE POTATO COMPANY, INC.**

       **Plaintiff,**

v.                                               **No. 10-CV-698 JB-RHS**

**TAN-O-ON MARKETING, INC., d/b/a
TMI; GERALD R. ANDERSON;
JULIE A. ANDERSON,**

       **Defendants-Third-Party Plaintiffs,**

v.

**HI-LAND POTATO COMPANY, INC,;
And CARL WORLEY,**

       **Third-Party Defendants.**

**THIRD-PARTY DEFENDANTS' ANSWER
TO THIRD PARTY COMPLAINT FOR FRAUD**

COMES NOW Third-Party Defendants Hi-Land Potato Company, Inc. and Carl Worley, by and through their attorneys, Youtz & Valdez, P.C. (Marianne Bowers, Shane Youtz), and hereby answers the Third-Party Complaint as follows.

1. Third-Party Defendants admit the allegations of Paragraph No. 1 of the Third-Party Complaint.

2. Third-Party Defendants deny the allegations of Paragraph 2 of the Third-Party Complaint.

3. Third-Party Defendants are without sufficient information to admit or deny the allegation in Paragraph 3 of the Third-Party Complaint that Third-Party Claimants Gerald and Julie

Anderson are being accused of nonpayment of PACA orders for shipping perishable goods and, therefore, deny the same. The remaining allegations of Paragraph 3 of the Third-Party Complaint are also denied.

4. Third-Party Defendants deny the allegations of Paragraph 4 of the Third-Party Complaint.

5. Third-Party Defendants are without sufficient information to admit or deny the allegations in the first sentence of Paragraph 5 of the Third-Party Complaint and, therefore, deny the same. The remaining allegations of Paragraph 5 of the Third-Party Complaint are also denied.

6. Third-Party Defendants deny the allegations of Paragraphs 6 and 7 of the Third-Party Complaint.

7. In response to Paragraph 8 of the Third-Party Complaint, Defendants deny that Third-Party Claimants are entitled to indemnification under any theory of the law. The remaining allegations of Paragraph 8 of the Third-Party Complaint are denied.

8. Third-Party Defendants deny the allegations of Paragraph 9 of the Third-Party Complaint and deny the relief requested in Paragraph 9 of the Third-Party Complaint.

## AFFIRMATIVE DEFENSES

1. Third-Party Claimants have failed to state a claim upon which relief can be granted.

2. Third-Party Claimants have failed to plead allegations of fraud with the requisite specificity and therefore have failed to state a claim upon which relief can be granted.

3. Third-Party Claimants are barred from recovery due to their failure to comply with their obligations under the Perishable Agricultural Commodities Act (PACA), 7 U.S.C. § 499a *et seq.*

4. Third-Party Claimants are equitably estopped from pursuing their claims against Third-Party Defendants.

5. Third-Party Claimants' claims are barred by the doctrines of waiver, estoppel and laches.

6. Third-Party Claimants claims are barred by the doctrine of unclean hands.

7. Third-Party Claimants' claims are barred by the doctrine of accord and satisfaction.

8. Third-Party Claimaints are barred from recovery due to fraud, illegality and prior payment.

Dated: April 1, 2011                                            Respectfully Submitted,

                                                                **YOUTZ & VALDEZ, P.C.**

                                                                    */s/ Marianne Bowers*
                                                                Marianne Bowers
                                                                Shane C. Youtz
                                                                900 Gold Ave. SW
                                                                Albuquerque, NM 87102
                                                                (505) 244-1200
                                                                (505) 244-9700 Fax
                                                                *Attorneys for Third Party Defendants*

I hereby certify that a true and correct copy
of the foregoing pleading was filed electronically
and served via electronic notification through
the CM/ECF system on all registered parties
to action this 1st day of April, 2011.

    */s/ Marianne Bowers*
Marianne Bowers