IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**SKYLINE POTATO COMPANY, INC.,**
Plaintiff,
v.
**TAN-O-ON MARKETING, INC.,**
**d/b/a TMI; GERALD R. ANDERSON;**
**JULIE A. ANDERSON,**
Defendants/Third Party
Plaintiffs,
v.
**HI-LAND POTATO COMPANY, INC.,**   No. 10-CV-698 JB-WDS
**and CARL WORLEY,**
Third Party Defendants.

**FOLSON FARM CORPORATION,**
**POTANDON PRODUCE, L.L.C.,**
**MART PRODUCE CORPORATION,**
**BILLINGSLEY PRODUCE SALES,**
**INC., ALSUM PRODUCE, INC., and**
**PETERSON BROS. RIVER VALLEY**
**FARMS, INC.,**
Intervening Plaintiffs,
v.
**TAN-O-ON MARKETING, INC., and**
**HI-LAND POTATO COMPANY,**
**INC.,**
Defendants.

### ORDER VACATING SETTLEMENT CONFERENCE

PLEASE BE ADVISED that the **SETTLEMENT CONFERENCE** set for **August 9, 2012** is vacated and will be reset by the Court.

IT IS SO ORDERED.

                                                W. DANIEL SCHNEIDER
                                                United States Magistrate Judge