IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**SKYLINE POTATO COMPANY, INC.,**
**Plaintiff,**
v.
**TAN-O-ON MARKETING, INC.,**
**d/b/a TMI; GERALD R. ANDERSON;**
**JULIE A. ANDERSON,**
**Defendants/Third Party**
**Plaintiffs,**
v.
**HI-LAND POTATO COMPANY, INC.,**        No. 10-CV-698 JB-WDS
**and CARL WORLEY,**
**Third Party Defendants.**

**FOLSON FARM CORPORATION,**
**POTANDON PRODUCE, L.L.C.,**
**MART PRODUCE CORPORATION,**
**BILLINGSLEY PRODUCE SALES,**
**INC., ALSUM PRODUCE, INC., and**
**PETERSON BROS. RIVER VALLEY**
**FARMS, INC.,**
**Intervening Plaintiffs,**
v.
**TAN-O-ON MARKETING, INC., and**
**HI-LAND POTATO COMPANY,**
**INC.,**
**Defendants.**

### ORDER RESETTING SETTLEMENT CONFERENCE

PLEASE BE ADVISED that the **SETTLEMENT CONFERENCE** originally set for **August 9, 2012** will proceed on that date, as originally scheduled, before Judge Molzen. The Court's order vacating the settlement conference (Doc. No. 237) is hereby revoked.

IT IS SO ORDERED.

_____
W. DANIEL SCHNEIDER
United States Magistrate Judge