**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

SKYLINE POTATO COMPANY, INC.,

    Plaintiff,

vs.  No. CIV 10-0698 JB/RHS

HI-LAND POTATO COMPANY, INC.,
CARL WORLEY, GERALD R. ANDERSON,
JULIE A. ANDERSON, MARK LOUNSBURY,
and BILL METZ;

    Defendants,

and

TAN-O-ON MARKETING, INC.,

    Defendant/Third-Party Plaintiff,

vs.

HI-LAND POTATO COMPANY, INC.,
and CARL WORLEY,

    Third-Party Defendants.

FOLSON FARM CORPORATION,
POTANDON PRODUCE, L.L.C.,
MART PRODUCE CORPORATION,
BILLINGSLEY PRODUCE SALES, INC.,
ALSUM PRODUCE, INC., and
PETERSON BROS. RIVER VALLEY
FARMS, INC.,

    Intervening Plaintiffs,

vs.

TAN-O-ON MARKETING, INC., and
HI-LAND POTATO COMPANY, INC.,

    Defendants.

**ORDER**[1]

**THIS MATTER** comes before the Court on the Motion to File Response out of Time, filed April 8, 2014 (Doc. 382)("Motion"). The Court held a hearing on July 9, 2014. No party opposes the Motion. For the reasons provided at the hearing, the Court will grant the Motion.

**IT IS ORDERED** that the Motion to File Response out of Time, filed April 8, 2014 (Doc. 382), is granted.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Justin P. Pizzonia
Johanna A. Pickel
Gonzalez & Pizzonia LLC
Albuquerque, New Mexico

--and--

Patrick J. Griebel
James T. Burns
Albuquerque Business Law, P.C.

--and--

Heather S. Jaramillo
The Jaramillo Firm
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

---

[1]This Order disposes of Motion to File Response out of Time, filed April 8, 2014 (Doc. 382). The Court may, however, at a later date issue a Memorandum Opinion more fully detailing the rationale for its decision.

Justin P. Pizzonia
Gonzalez & Pizzonia LLC
Albuquerque, New Mexico

--and--

Katy Koestner Esquivel
Meuers Law Firm, PL
Naples, Florida

> *Attorneys for Intervening Plaintiffs Folson Farm Corporation, Potandon Produce, L.L.C., Mart Produce Corporation, Billingsley Produce Sales, Inc., Alsum Produce, Inc., and Peterson Bros. River Valley Farms, Inc.*

Shannon Robinson
Albuquerque, New Mexico

> *Attorney for Defendants and Third-Party Plaintiffs Tan-O-On Marketing Inc., Gerald R. Anderson, and Julie A. Anderson*

Henry M. Bohnhoff
Leslie McCarthy Apodaca
Melanie B. Stambaugh
Rodey Dickason Sloan Akin & Robb, P.A.
Albuquerque, New Mexico

> *Attorneys for Defendants and Third-Party Defendants Hi-Land Potato Company, Inc. and Carl Worley*

Gordon H. Rowe, III
The Rowe Law Firm, P.C.
Albuquerque, New Mexico

> *Attorney for Defendants Mark Lounsbury and Bill Metz*

William Spencer Reid
Benjamin F. Feuchter
Keleher & McLeod, P.A.
Albuquerque, New Mexico

> *Attorneys for Defendants and Third-Party Defendants RPE, Inc. and Russell Wysocki*